# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR418-269 |
| | ) | |
| ROBERT CHRISTOPHER BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is defendant's First Motion to Appoint Expert, doc. 23, and First Motion to Inspect and Test, doc. 24. Defendant seeks to hire an expert and perform certain tests on "black powder" and "paintball containers with black powder." *Id.* at 1. However, defendant does not detail the volume of the black powder he seeks to test, whether that testing is likely to be destructive, or the time frame envisioned for the testing process. Moreover, defendant has requested that the Court authorize expenses of up to $4,000 to pay for the expert and testing. However, Chapter 3, §310.20.10 of the Guide to Judiciary Policy places a cap on the amount allowed for investigative, expert, and other services in the amount of $2,600. The Court may approve payments in excess only when "certified by the court or U.S. magistrate judge and approved by the chief judge of the circuit (or an active or senior circuit

judge to whom excess compensation approval authority has been delegated) as being necessary to provide fair compensation for services of an unusual character or duration." § 310.20.20(a). In consideration of this, defendant will have **ten days** from the date of this order to file an addendum addressing the issues discussed above. Defendant shall focus on the scope of the testing he envisions and provide justification for the excess payment requested. Failure to file this supplemental addendum will be construed as a waiver of defendant's request.

**SO ORDERED,** this 22nd day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA