**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

ROBERT CHRISTOPHER BAILEY,

    Defendant.

CIVIL ACTION NO.: 4:18-cr-269

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 19, 2019 Report and Recommendation, (doc. 38), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** defendant's motion to suppress, (doc. 25).

**SO ORDERED**, this 10th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA