IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | Case No. 4:18-CR-269 |
| ROBERT CHRISTOPHER BAILEY, | ) | |
|     Defendant. | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed in the above-styled matter by Attorney Brian J. Huffman, Jr. for the dates of October 21, 2019 through October 24, 2019, February 19, 2020 through February 28, 2020, and April 15, 2020 through April 24, 2020, the same is hereby GRANTED.

However, said attorney must make arrangements for other counsel in the event the above-styled matter is scheduled for a hearing or trial during said periods of leave.

SO ORDERED this 21st day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA